## AFFIDAVIT

STATE OF WEST VIRGINIA

COUNTY OF RALEIGH, to-wit:

Your affiant, ATF Task Force Officer Jason Redden, being duly sworn, deposes and states as follows:

1. This affidavit is made in support of a search warrant for a black LG cellular telephone, further described in Attachment A. The information in this affidavit comes from my investigation of Michael BRYANT (BRYANT) who distributes narcotics in and around Beckley, Raleigh County, West Virginia and within the Southern District of West Virginia. Officers from the Beckley/Raleigh County Drug and Violent Crime Unit (BRCDVCU) also assisted in the investigation of BRYANT. As set forth in this affidavit, I believe probable cause exists that Michael BRYANT has distributed controlled substances in violation of 21 U.S.C. § 841(a) (1), used the black LG cellular telephone to facilitate the distribution of controlled substances in violation of 21 U.S.C. § 843(b), and conspired to distribute controlled substances in violation of 21 U.S.C. § 846. Further, probable cause exists that evidence of those offenses is currently located within the electronic data stored on the cellular telephone as more particularly described in Attachment B.

## RELEVANT TRAINING AND EXPERIENCE

2. I am a certified law enforcement officer in the State of West Virginia. I am employed as a Deputy Sheriff with the Raleigh County Sheriff's Office and have been so employed since July of 2016. I am currently assigned to the Beckley/Raleigh County Drug and Violent Crime Unit. I am also assigned as a full-time task force officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

3. During my employment with the Raleigh County Sheriff's Office, I have participated in many different types of criminal investigations, including but not limited to drug trafficking and distribution investigations, firearm offenses, kidnapping, robbery, homicide, sexual assault, other violent crimes, financial fraud, property crimes, child exploitation crimes, missing person cases, terroristic threat investigations, as well as matters relating to disposition and tracking of stolen property. I have also received specialized training relating to firearms offenses and drug investigations involving the trafficking of narcotics and drug trafficking organizations. In my capacity as a Deputy, I have received training and gained experience by conducting and participating in drug investigations regularly. I have a working knowledge and experience in relation to the methods, terminology, and business practices used by traffickers of illegal controlled substances. On numerous occasions, I have used cooperating individuals and confidential informants in the course of investigating the distribution of illegal controlled substances.

4. Your affiant is familiar with United States Code; 21 U.S.C. § 841(a)(1) – possession with intent to distribute a controlled substance. It shall be unlawful for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

5. Your affiant is familiar with United States Code; 21 U.S.C. § 846 – attempt and conspiracy. Any person who attempts or conspires to commit any offense defined in this subchapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

### STATEMENT OF PROBABLE CAUSE

6. On March 10, 2021, myself and other members of the BRCDVCU met with a confidential informant (hereinafter CI). While speaking to the CI, he/she advised that they knew

of an individual named Michael BRYANT who was living on Hunt Avenue in Beckley and was selling large quantities of heroin. Myself and other officers were all familiar with BRYANT through previous investigations and knew that BRYANT was involved in drugs and had a violent criminal history. The CI went onto state that they could purchase heroin from BRYANT. On March 10, 2021, officers utilized this same CI to make a controlled purchase of heroin from BRYANT at his residence of 115 Hunt Avenue in Beckley. The CI informed officers that they had set up the drug transaction through text messages and phone calls.

7. On March 12, 2021, members of the BRCDVCU utilized the CI to make another controlled purchase of heroin from BRYANT at his residence of 115 Hunt Avenue in Beckley. The CI informed officers that they had set up the drug transaction through text messages and phone calls.

8. On March 22, 2021, myself and other members of the BRCDVCU utilized the CI to make a controlled purchase of heroin from BRYANT. During the controlled purchase of heroin, the CI also purchased a firearm from BRYANT. This controlled buy of heroin and the firearm took place at BRYANT's residence of 115 Hunt Avenue in Beckley. After the purchase the CI advised that they had set up the controlled purchase through text messages and phone calls.

9. After the three controlled purchases made from BRYANT, I took the narcotics to the WV State Police lab. The WV State Police lab determined the suspected heroin was in fact fentanyl, a schedule II controlled substance.

10. On October 21, 2021, ATF SAs, TFOs, the United States Marshals Service and members of the BRCDVCU executed an arrest warrant at 115 Hunt Avenue on BRYANT. After taking BRYANT into custody, he consented to a search of the residence. During the search, officers located approximately 61 grams of a white powdery substance that was believed to be

fentanyl. Officers also located a loaded 22 caliber firearm. BRYANT was in possession of the cellular phone described in Attachment A. After the arrest, BRYANT agreed to speak with officers. BRYANT was mirandized and gave a statement to the affect that he was a drug dealer and that the substances found at his residence were fentanyl. BRYANT also stated that he was being supplied by two individuals from Detroit, MI. BRYANT advised that he would talk to these two males from Detroit with his cellular phone.

## CONCLUSION

17. Based on the facts set forth above, your affiant believes probable cause exists that Michael BRYANT has committed federal offenses, including but not limited to 21 U.S.C. §§ 841(a)(1) and 846. Your affiant believes that probable cause exists for a search warrant to search the described black LG cellular telephone described in Attachment A.

18. Accordingly, your affiant respectfully requests that the Court issue an Order granting authority to search the black LG cellular telephone that was in the possession of Michael BRYANT.

Further your affiant sayeth naught.

Respectfully submitted,

_____
Jason Redden, ATF Task Force Officer

SUBSCRIBED AND SWORN before me by telephonic means this  3rd  day of November 2021.



_____
Omar J. Aboulhosn
United States Magistrate Judge